

October 1, 2025

Judge Gabriel A. Fuentes
Dirksen Courthouse
219 S. Dearborn
Chicago, IL 60604

Judge Fuentes,

Thank you for your attention to the circumstances of Paul Ivery's case. I am writing as the Mayor of Oak Park in support of resident, Paul Ivery. Paul is a valued member of our community, loved and respected by everyone who knows him. His is not a threat to our community. Local business owners know him as caring, respectful and enjoying an orderly environment. Teachers and colleagues at Oak Park River Forest High School (OPRFHS), where he works in the cafeteria, know him as joyful and courteous.

Oak Park Police Chief Shatonya Johnson gathered insights from School Resource Officer Sargent Ruiz who knew Paul to be involved with the Special Olympics Basketball and Floor Hockey teams to be "always courteous and respectful when dealing with members of the Oak Park Police Department". "Officers know him as the kid who stops and salutes as they pass him by on the street." During COVID-19 and times of unrest, Paul was always concerned about the police and would say things like "keep your head up" or "be safe out there, Sarge", particularly when he saw Sargent Deuchler.

Paul was part of the Community Integration Transition Education (CITE) program at OPRFHS which provided him opportunities to develop skills he could use in future employment. Paul was known to help other kids at the high school, possibly to his detriment as an outgoing individual. Sargent Deuchler enjoyed stopping to talk to Paul to see how he was doing and has mentored him to continue to be the free spirit that he is, but to always be careful, knowing that he could be taken advantage of.

I appreciate your consideration of Paul's special needs diagnosis. Paul contributes to all that makes Oak Park special. He is a beloved member of our community. I am confident that Paul will follow the law during these proceedings and respectfully seek to learn from this very challenging moment for him.

Sincerely,

*Vicki Scaman*

Vicki Scaman
Village of Oak Park Mayor