IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:25-cr-609 |
| v. | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| **Paul Ivery** | ) | |
| Defendant(s), | ) | |

## ORDER

Hearing held on the government's motion to dismiss the complaint without prejudice (doc. #[10]). The government provided additional bases for its motion on the record. Further, the government confirmed on the record that the complaint affiant swore under oath that the affiant had reviewed video evidence that corroborated the complaint's version of events, and the Court confirmed that such sworn affirmation was a substantial part of the basis for the Court's initial determination of probable cause on the complaint. The government made an oral motion to vacate the release order, noting that vacatur of the order is part and parcel of case dismissal. For the reasons stated on the record, the Court: (1) granted the oral motion to vacate the release order (doc. #[8]), and (2) granted the motion to dismiss (doc. #[10]) without prejudice without objection. The release order (doc. #[8]) is vacated. The case is dismissed without prejudice.

(00:10)

Date: 10/10/2025

/s/ *[signature]*
Gabriel A. Fuentes
United States Magistrate Judge